**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of North Carolina

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | AJC Medical, PLLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | AJC Medical Aesthetics | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 3 – 3 3 1 0 3 0 2 | |
| **4. Debtor's address** | **Principal place of business** 1611 Jones Franklin Rd. Suite 105 Number   Street Raleigh, NC 27606 City   State   ZIP Code Wake County | **Mailing address, if different from principal place of business** Number   Street P.O. Box City   State   ZIP Code **Location of principal assets, if different from principal place of business** Number   Street City   State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page **1**

Debtor     AJC Medical, PLLC                                      Case number *(if known)*_____
           Name

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY
        District _____  When _____  Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____          Relationship _____
        District _____         When _____
                                                     MM / DD / YYYY
        Case number, if known _____

Debtor    AJC Medical, PLLC    Case number *(if known)* _____
        Name

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  AJC Medical, PLLC  
    Name

Case number *(if known)* _____

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/28/2023  
    MM/ DD/ YYYY

X  /s/ Indira Velasquez  
Signature of authorized representative of debtor

Indira Velasquez  
Printed name

Title  MD

**18. Signature of attorney**

X  /s/ Kathleen O'Malley  
Signature of attorney for debtor

Date  07/28/2023  
    MM/ DD/ YYYY

Kathleen O'Malley  
Printed name

Stevens Martin Vaughn & Tadych, PLLC  
Firm name

2225 W Millbrook Road  
Number    Street

Raleigh  
City

NC  
State

27612  
ZIP Code

(919) 582-2300  
Contact phone

komalley@smvt.com  
Email address

51654  
Bar number

NC  
State

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page **4**

Fill in this information to identify the case:

Debtor name: AJC Medical, PLLC

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Amur Equipment Finance<br>Attn: Managing Agent<br>304 W. 3rd Street PO Box 2555<br>Grand Island, NE 68801 | | | | $120,000.00 | $24,900.00 | $95,100.00 |
| 2 | Balboa Capital<br>Attn: Managing Agent<br>575 Anton Blvd. 12th Floor<br>Costa Mesa, CA 92626-7169 | | | | $120,000.00 | $6,500.00 | $113,500.00 |
| 3 | Dext Capital, LLC<br>Attn: Managing Agent<br>5285 Meadows Rd. Ste. 335<br>Lake Oswego, OR 97035 | | | | $130,000.00 | $29,995.00 | $100,005.00 |
| 4 | Flagstar Bank<br>Attn: Managing Agent<br>225 Broadhollow Road Ste. W132<br>Melville, NY 11747 | | | | $130,000.00 | $11,000.00 | $119,000.00 |
| 5 | MMP Capital, LLC, ISAOA<br>Attn: Managing Agent<br>19 Engineers Ln.<br>Farmingdale, NY 11735 | | | | $150,000.00 | $65,150.00 | $84,850.00 |
| 6 | MMP Capital, LLC, ISAOA<br>Attn: Managing Agent<br>19 Engineers Ln.<br>Farmingdale, NY 11735 | | | | $90,000.00 | $11,000.00 | $79,000.00 |
| 7 | Navitas Credit Corp.<br>Attn: Managing Agent<br>201 Executive Center Dr. Ste. 100<br>Columbia, SC 29210 | | | | $120,000.00 | $9,000.00 | $111,000.00 |
| 8 | North Mill Credit Trust<br>Attn: Managing Agent<br>601 Merritt 7 Ste. 5<br>Norwalk, CT 06851 | | | | $330,521.48 | $24,500.00 | $306,021.48 |

Debtor   AJC Medical, PLLC   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE: **AJC Medical, PLLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____07/28/2023_____   Signature _____/s/ Indira Velasquez_____
                                             Indira Velasquez, MD

Amur Equipment Finance
Attn: Managing Agent
304 W. 3rd Street PO Box 2555
Grand Island, NE 68801

Arvest Bank
Attn: Managing Agent
921 W. Monroe
Lowell, AR 72745

AviClear
Attn: Managing Agent
3240 Bayshore Boulevard
Brisbane, CA 94005

Balboa Capital
Attn: Managing Agent
575 Anton Blvd. 12th Floor
Costa Mesa, CA 92626-7169

Corporate Service Company
Attn: Managing Agent
801 Adlai Stevenson Dr.
Springfield, IL 62703

Corporation Service Company
Attn: Managing Agent
801 Adlai Stevenson Dr.
Springfield, IL 62703

Corporation Service Company, as rep
Attn: Managing Agent
PO Box Box 2576
Springfield, IL 62708

CT Corporation System, as Rep
Attn: SPRS/MangingAgent
330 N. Brand Blvd Ste 700
Glendale, CA 91203

Dext Capital, LLC
Attn: Managing Agent
5285 Meadows Rd. Ste. 335
Lake Oswego, OR 97035


Flagstar Bank
Attn: Managing Agent
225 Broadhollow Road Ste. W132
Melville, NY 11747


Internal Revenue Service
Attn: Managing Agent
PO Box Box 7346
Philadelphia, PA 19101-7346


IV LLC
Attn: Managing Agent
13848 NC HIGHWAY 96 N
Zebulon, NC 27597-7467


John James
Attn: Managing Agent
2929 Allen Pkwy Ste 3300
Houston, TX 77019


MMP Capital, LLC, ISAOA
Attn: Managing Agent
19 Engineers Ln.
Farmingdale, NY 11735


Navitas Credit Corp.
Attn: Managing Agent
201 Executive Center Dr. Ste. 100
Columbia, SC 29210


NC Attorney General
Attn: Managing Agent
9001 Mail Service Center
Raleigh, NC 27699-9001

NC Dept. of Revenue
Attn: Managing Agent
PO Box 1168
Raleigh, NC 27602-1168


North Mill Credit Trust
Attn: Managing Agent
601 Merritt 7 Ste. 5
Norwalk, CT 06851


Signature Financial, LLC
Attn: Managing Agent
225 Broadhollow Rd. Ste. 132W
Melville, NY 11747


US Attorney General - US DOJ
Attn: Managing Agent
950 Pennsylvania Ave., NW
Washington, DC 20530


US Attorney's Office (ED)
Attn: Managing Agent
150 Fayetteville St. Ste. 2100
Raleigh, NC 27601


Indira Velasquez
13848 NC Hwy 96 N
Zebulon, NC 27597

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **AJC Medical, PLLC**                                              Case No.
                                        Debtor(s)                          Chapter     **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **AJC Medical, PLLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**07/28/2023**                            **/s/ Kathleen O'Malley**
Date                                      **Kathleen O'Malley**
                                          Signature of Attorney or Litigant
                                          Counsel for   **AJC Medical, PLLC**
                                          **Bar Number: 51654**
                                          **Stevens Martin Vaughn & Tadych, PLLC**
                                          **2225 W Millbrook Road**
                                          **Raleigh, NC 27612**
                                          **Phone: (919) 582-2300**
                                          **Email: komalley@smvt.com**

1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

**In re: Debtor(s)**
AJC Medical, PLLC

Case No.

Chapter 11

Debtor(s)

## DEBTOR'S ELECTRONIC NOTICING REQUEST (DEBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☑ **Initial Request:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email.)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents entered by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntary, and I may file a request to deactivate my account at any time.

☐ **Decline Request:** (Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email.)

☐ **Update to Account Information:** (Check this box to make changes to your existing DeBN account.)

I request the following updates(s) to my DeBN account:

☐ I have a new email address as indicated below.

☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐ I request reactivation of my DeBN account so that I may receive court notices and orderes via email, instead of U.S mail.

☐ **Request To Deactivate Electronic Noticing:** (Check this box to request deactivation of your DeBN account.)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders entered by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to reveive electronic notices until such time as the Court has deactivated my account.

I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.

**Joint debtors** who each request enrollment or already have a DeBN account **must file separate forms**.

/s/ AJC Medical, PLLC                                      Date: 07/28/2023
AJC Medical, PLLC

Printed Name (and title if not the debtor): **AJC Medical, PLLC**

Email Address (type or print clearly):        **indira94@hotmail.com**